<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cera Tile Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Cera Tile** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0301280** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **53 Smith Rd** <br> **Middletown, NY 10941** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br> **53 Smith Rd Middletown, NY 10941** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://ceratile.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Cera Tile Inc._____    Case number (if known) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4233

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | | |
| | District _____ | When _____ | | Case number _____ | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Cera Tile Inc.**    Case number (*if known*) _____
      Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Cera Tile Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  8, 2026**
           MM / DD / YYYY

**X** **/s/ Steven Wecera**                                         **Steven Wecera**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Michael D. Pinsky, Esq.**                          Date   **March  8, 2026**
Signature of attorney for debtor                                  MM / DD / YYYY

**Michael D. Pinsky, Esq.**
Printed name

**Law Office of Michael D. Pinsky, P.C.**
Firm name

**463 Canopy Forest Drive**
**Saint Augustine, FL 32092**
Number, Street, City, State & ZIP Code

Contact phone   **845-245-6001**          Email address   **michael.d.pinsky@gmail.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cera Tile Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Caldia Ceramics SL C Sedeny, S Del Carme, Nave 6 Attn Officer 12540 Ville-Real Castellon, ES** | | | | | | **$199,790.02** |
| **Cargo Tours Intl 167-10 S. Conduit Ave Ste 106 Attn Officer Jamaica, NY 11434** | | | | | | **$38,000.00** |
| **Ceramica Valsecchia Via Canale, 200, 42013 Attn Officer Villalunga di Case (RE), IT** | | | | | | **$110,787.61** |
| **Ceramicas Fanal SA Cno, del Colador Attn Officer 21 12200 Onda Castellon, ES** | | | | | | **$98,398.57** |
| **Cerrard Corp 525 S Flagler Dr Ste 301 Attn Officer West Palm Beach, FL 33401** | | | | | | **$162,140.16** |
| **CHTD Paypal PO Box 2576 Attn Officer Springfield, IL 62708** | | | | **$90,905.33** | **$0.00** | **$90,905.33** |

| Debtor | **Cera Tile Inc.** | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cifre Ceramic SL Ctra Vila-real Onda, Km 10 Attn Officer 12200 Onda Castellon, ES** | | | | | | $39,311.53 |
| **Cinca SA Rua Principal, n 39 Apartado 1 4509-908 Fiaes, ES** | | | | | | $100,109.47 |
| **Citizens Bank NA One Citizens Plaza Attn Officer Providence, RI 02903** | | | | $157,609.82 | $0.00 | $157,609.82 |
| **Cobsa Calle de San Fernando Attn Officer 12200 Onda Castellon, ES** | | | | | | $69,240.43 |
| **Eco Ceramic SLU Avda Mediterrani 86 Aprt C Attn Officer 12200 Castellon, ES** | | | | | | $41,372.32 |
| **Gulf Coast Bank & Trust 1801 E Judge Perez Dr Attn Officer Chalmette, LA 70043** | | | | $493,000.00 | $0.00 | $493,000.00 |
| **La Platera SA Castellon SN Highway Attn Officer 12110, L'Alcora, ES** | | | | | | $98,164.14 |
| **Loki Home SL/Goetz Platzer One Penn Pl Ste 3100 Attn Officer New York, NY 10119** | | | | | | $99,179.01 |
| **Materia Decor Ave del Mediterraneo 123 Attn Officer 12200 Onda, Castellon, ES** | | | | | | $99,179.01 |

Debtor    **Cera Tile Inc.**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Monopole Ceramica CV 20 Km 9 (PO Box 282) Attn Officer 12200 Onda Castellon, ES** | | | | | | $39,877.50 |
| **Morgan Coverings 246 Morgan Ave Attn Officer Brooklyn, NY 11237** | | | | | | $53,377.46 |
| **Prismacer Ceramica Cami Ratils 23 Pol Inc El Colomer Apt 263 12200 Onda (Castellon), ES** | | | | | | $45,817.98 |
| **Sampson MCA LLC 1545 Rt 202 Ste 101 Attn Officer Pomona, NY 10970** | | | | | | $126,076.47 |
| **Small Business Administration 409 3rd Street SW Attn Officer Washington, DC 20416** | | | | $1,975,923.70 | $0.00 | $1,975,923.70 |

ALLSTATE INS. CO.
LAW OFFICE OF JOHN TROP
120 WHITE PLAINS RD STE 200
TARRYTOWN, NY 10591


ALLWAYS FORWARDING
161-15 ROCKAWAY BLVD STE 300
ATTN OFFICER
JAMAICA, NY 11434


AMERICAN ERC
3333 RICHMOND RD STE 210
ATTN OFFICER
BEACHWOOD, OH 44122


AMERICAN EXPRESS
PO BOX 1279
ATTN OFFICER
NEWARK, NJ 07101


ANTICA CERAMICA RUBERIA
VIA SALVATERRA 18/A
ATTN OFFICER
RUBERIA RE 42048, IT


ARIEL BOIUSKILA ESQ
1545 RT 202 STE 101
ATTN OFFICER
POMONA, NY 10970


ASB CERA REALTY LLC
53 SMITH RD
ATTN OFFICERF
MIDDLETOWN, NY 10941


ASPIRE FUNDING LLC
146 W 29TH ST STE 10W
ATTN OFFICER
NEW YORK, NY 10001


ASTAR PLUMBING
36 WES WARREN DR
ATTN OFFICER
MIDDLETOWN, NY 10941

ATISTICA DUE
VIA PESCAROLO 41048 PIGNETTO
ATTN OFFICER
PRIGNANO SUL SECCHIA, IT


ATRADIUS COLLECTIONS
3500 LACEY RD STE 220
ATTN OFFICER
DOWNERS GROVE, IL 60515


AVIN EXPRESS
2255 85TH ST 1R
ATTN OFFICER
BROOKLYN, NY 11214


BATIK IMPORT-EXPORT
VIA GHIAROLA NUOVA 114
ATTN OFFICER
41042 FIORANO MODENSE MO, IT


BLAZE FIRE PROTECTION
PO BOX 720
ATTN OFFICER
TALLMAN, NY 10982


BYZFUNDER NY LLC
530 7TH AVE STE 505
ATTN OFFICER
NEW YORK, NY 10018


C-AIR CUSTOMS HOUSE BROKERS
181 S FRANKLIN AVE
ATTN OFFICER
VALLEY STREAM, NY 11581


CAINE WEINER
5805 SEPULVEDA BLVD 4TH FL
ATN OFFICER
SHERMAN OAKS, CA 91411


CALDIA CERAMICS SL
C SEDENY, S DEL CARME, NAVE 6
ATTN OFFICER
12540 VILLE-REAL CASTELLON, ES

CAPITAL ONE BUSINESS
PO BOX 981600
ATTN OFFICER
BOSTON, MA 02298


CARGO TOURS INTL
167-10 S. CONDUIT AVE STE 106
ATTN OFFICER
JAMAICA, NY 11434


CASA DEPOT-DURSTONE SL
CTRA CV-20 AV DEL MEDITERRANEO
ATTN OFFICER
52 12200 ONDA, ES


CENTURY STONE WORK
20-21 WAGARAW RD BLDG 30C
ATTN OFFICER
FAIR LAWN, NJ 07410


CERAMICA EURO SPA
VIA MICHELANGELO, 22-42014
ATTN OFFICER
CASTELLARANO (RE), IT


CERAMICA VALSECCHIA
VIA CANALE, 200, 42013
ATTN OFFICER
VILLALUNGA DI CASE (RE), IT


CERAMICAS FANAL SA
CNO, DEL COLADOR
ATTN OFFICER
21 12200 ONDA CASTELLON, ES


CERDOMUS
VIA EMILIA PONENTE 1000
ATTN OFFICER
48014 CASTEL BOLOGNESE (RA), IT


CERLAT SA
CV-191, KM 3
ATTN OFFICER
12200 ONDA CASTELLON, ES

```
CERRARD CORP
525 S FLAGLER DR STE 301
ATTN OFFICER
WEST PALM BEACH, FL 33401


CHTD PAYPAL
PO BOX 2576
ATTN OFFICER
SPRINGFIELD, IL 62708


CIFRE CERAMIC SL
CTRA VILA-REAL ONDA, KM 10
ATTN OFFICER
12200 ONDA CASTELLON, ES


CINCA SA
RUA PRINCIPAL, N 39 APARTADO 1
ATTN OFFICER
4509-908 FIAES, ES


CITIZENS BANK
PO BOX 42014
ATTN OFFICER
PROVIDENCE, RI 02940


CITIZENS BANK NA
ONE CITIZENS PLAZA
ATTN OFFICER
PROVIDENCE, RI 02903


COBSA
CALLE DE SAN FERNANDO
ATTN OFFICER
12200 ONDA CASTELLON, ES


COHN & DUSSI LLC
255 STATE ST STE 7B
ATTN OFFICER
BOSTON, MA 02109


COLOR GRANITO PRVT LTD
AT RATAVIRDA V, SARTANPAR RD
TAL. WANKANER (ATTN OFFICER)
MORBI GUJARAT 363621, IN
```

```
CREDIT COLLECTION SVCS
725 CANTON ST
ATTN OFFICER
NORWOOD, MA 02062


DAYLIGHT TRANSPORT
5660 DATELLA AVE STE 250
ATTN OFFICER
CYPRESS, CA 90630


DEL EXPRESS
63 FLUSHING AVE #258
ATTN OFFICER
BROOKLYN, NY 11205


DOMINO INDUSTRIAS CER. SA
ZONA INDUSTRIAL DE CONDEIXA
APTD 27 (ATTN OFFICER)
3150-194 CONDEIXA-A-NOVA, PT


ECO CERAMIC SLU
AVDA MEDITERRANI 86 APRT C
ATTN OFFICER
12200 CASTELLON, ES


EMIL CERAMICA
VIA GHIAROLA NUOVA 29-41042
ATTN OFFICER
FIORANO MODENESE MO, IT


EVERON LLC
PO BOX 872987
ATTN OFFICER
KANSAS CITY, MO 64187


EXXON MOBIL
PO BOX 639
ATTN OFFICER
PORTLAND, ME 04104


FEDEX
1000 RIDGEWAY LOOP RD STE 600
ATTN OFFICER
MEMPHIS, TN 38120
```

FERMIN TAVERES
SALERNO GOLDBERG ET AL
ATTN OFFICER
DEER PARK, NY 11729


FOLEX INTL - MARJANA 31
AREA IND. LA PAHILLA
BOX 68 - ATTN OFFICER
46370 CHIVA VALENCIA, ES


FRANK FRANK GOLDSTEIN & NAGER
330 WEST 38TH ST
ATTN OFFICER
NEW YORK, NY 10018


GMR GLOBAL TRANS
POL SUR 13
ATTN OFFICER
12200 ONDA, ES


GREENBERG GRANT & RICHARDS INC
PO BOX 571811
ATTN OFFICER EXXON ACCT
HOUSTON, TX 77257-1811


GRUPO CERAMICHE GRESMALT
VIA REGINA PACIS
ATTN OFFICER
136-41049 SASSUOLO MO, IT


GULF COAST BANK & TRUST
1801 E JUDGE PEREZ DR
ATTN OFFICER
CHALMETTE, LA 70043


HAPPY HOUSE
VIA RIMINI 4
ATTN OFFICER
42048 RUBERIA RE, IT


INTERSTATE WASTE SERVICES
300 FRANK W BURR BLVD STE 39
ATTN OFFICER
TEANECK, NJ 07666

```
J.G.& O.R., ET AL
GABRIEL LAW FIRM
2 LINCOLN AVE 4TH FL
ROCKVILLE CENTRE, NY 11570


JC EHRICH
PO BOX 740608
ATTN OFFICER
CINCINNATI, OH 45274


JPMORGAN CHASE LEGAL DEPT
1985 MARCUS AVE  NY2M352
ATTN OFFICER
NEW HYDE PARK, NY 11042


KONG LEGAL
2551 WEST ST STE 1
ATTN OFFICER
BROOKLYN, NY 11223


KTL CERAMICS SL
FERROCARRI, 4
ATTN OFFICER
12593 GRAO DE MOCOFAR, ES


LA PLATERA SA
CASTELLON SN HIGHWAY
ATTN OFFICER
12110, L'ALCORA, ES


LEGEND ADVANCE FUNDING
800 BRICKELL AVE STE 902
ATTN OFFICER
MIAMI, FL 33131


LEVITON LAW FIRM
ONE PIERCE PL STE 725W
ATTN OFFICER
ITASCA, IL 60143


LIBERTY MUTUAL INS
PO BOX 3200
ATTN OFFICER
NEW YORK, NY 10116
```

```
LIRIANO LAW PLLC
6303 WATERFORD DIST DR
ATTN OFFICER
MIAMI, FL 33126


LIVE OAK BANKING CO
1757 TIBURON DRIVE
ATTN OFFICER
WILMINGTON, NC 28403


LOKI HOME SL/GOETZ PLATZER
ONE PENN PL STE 3100
ATTN OFFICER
NEW YORK, NY 10119


M JUREVA-ROSENBERG MINC ET AL
122 E 42ND ST STE 3800
ATTN OFFICER
NEW YORK, NY 10168


M&J FREIGHTLINE
330 RIVER ST
ATTN OFFICER
PATERSON, NJ 07524


MAINZU CERAMICA
CM LA TRAVESSA 17
APT DE CORREOS 69
12540 VILLA-REAL CASTELLON, ES


MAPEI CORP
NEWPORT CTR DR
ATTN OFFICER
DEERFIELD BEACH, FL 33442


MARTINI HUGHES ET AL
995 NW 17TH AVE BLDG A
ATTN OFFICER
DELRAY BEACH, FL 33445


MATERIA DECOR
AVE DEL MEDITERRANEO 123
ATTN OFFICER
12200 ONDA, CASTELLON, ES
```

```
MATERIAL BANK
3651 FAU BLVD
ATTN OFFICER
BOCA RATON, FL 33431


MAYOLICA AZULEJOS
PARTIDA VINYALS S/N
ATTN OFFICER
12110 L'ALCORA CASTELLON, ES


MEVA TRIOWOOD INC
300 FASHION DR
ATTN OFFICER
NANUET, NY 10954


MONOPOLE CERAMICA
CV 20 KM 9 (PO BOX 282)
ATTN OFFICER
12200 ONDA CASTELLON, ES


MONTEVERDE LANDSCAPING
PO BOX 2203
ATTN OFFICER
MIDDLETOWN, NY 10940


MORGAN COVERINGS
246 MORGAN AVE
ATTN OFFICER
BROOKLYN, NY 11237


MS INTERNATIONAL
50 HEARTHLAND BLVD
ATTN OFFICER
BRENTWOOD, NY 11717


NIVA INC
RAFALESHWARE OLD RD 2D FL
SN 39, ASHKAR BUS CTR 8A N 39
JAMBUDIA MORBI, GUJARAT 363642, IN


NY NJ PORT AUTHORITY
260 KELLOGG ST
ATTN OFFICER
NEWARK, NJ 07114
```

```
NYC DEPT FIN - IC SYSTEM
PO BOX 3646
ATTN OFFICER
NEW YORK, NY 10008


PA TOLLS BY PLATE
300 EAST PARK DR
ATTN OFFICER
HARRISBURG, PA 17111


PAMESA CERAMICA
CAMINO ALCORA 8-12550
APT DE CORREJOS 14
ALMAZORA, ES


PARKSIDE FUNDING GRP
1615 AVE I APT 122
ATTN OFFICER
BROOKLYN, NY 11230


PEYGRAN
POL IND MAIGAMO, CALLE D
PARCELA 24, APT POSTAL 112
03109 TIBI (ALICANTE), ES


PILOT FREIGHTS SVCS
PO BOX 654058
ATTN OFFICER
TX 75365


PLATINUM TRANSPORT
320 ROEBLING ST #220
ATTN OFFICER
BROOKLYN, NY 11211


PRIME PACKAGING
1290 METROPOLITAN AVE
ATTN OFFICER
BROOKLYN, NY 11237


PRISMACER CERAMICA
CAMI RATILS 23
POL INC EL COLOMER APT 263
12200 ONDA (CASTELLON), ES
```

```
PROF ACCT MGMT
PO BOX 500
ATTN OFFICER
HORSEHEADS, NY 14845


RND LOGISTICS
304 W ORANGE AVE
ATTN OFFICER
EDINBURG, TX 78541


SAMPSON MCA LLC
1545 RT 202 STE 101
ATTN OFFICER
POMONA, NY 10970


SCANDOLA MARMI SNC
VIA NICOLO COPERNICO 19
ATTN OFFICER
37023 GREZZANA (VR), IT


SILMAR GROUP
NOSTRUM 50 1-2 46120
ATTN OFFICER
ALBORAYA VALENCIA, ES


SIMON PLLC
600 THIRD AVE 2D FL
2ND FLOOR
NEW YORK, NY 10016


SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
ATTN OFFICER
WASHINGTON, DC 20416


SYNTER RESOURCES
1501 HUGHES WAY
ATTN OFFICER
LONG BEACH, CA 90810


TAGINA SPA
VIA EMILIA PONENTE N 925
ATTN OFFICER
48014 CASTEL BOLOGNESE (RA), IT
```

TANISH CERAMICA ATTN OFFICER
RAJRENDRA PARK CHAR RASTA
NAROL-NARODA RD SONI NI CHAI
AHMEDABAD GUJARAT 380023, IA


TAU CERAMICA SOLUTIONS
CARRER DE TOLL 18
ATTN OFFICER
12200 ONDA (CASTELLON, ES


TECHNET PRO MSP
4509 101ST AVE
ATTN OFFICER
BROOKLYN, NY 11219


TOLLS BY MAIL NY
EZ PASS PO BOX 15185
ATTN OFFICER
ALBANY, NY 12212


TONJEAN BROWN ATTN OFFICER
SCOTT BARON & ASSOC
159-45 CROSS BAY BLVD
HOWARD BEACH, NY 11414


TUSCANIA CERAMICHE
VIA GIARDINI S 4603-41028
ATTN OFFICER
SERRAMAZZONI (MO), IT


UBER FREIGHT LLC
PO BOX 74007178
ATTN OFFICER
CHICAGO, IL 60674


US ATTORNEY SDNY
ATTN TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET
NEW YORK, NY 10007


WESTAR TECH SVCS CORP
PO BOX 988
ATTN OFFICER
MIDDLETOWN, NY 10940

XPO LOGISTICS INC.
29559 NETWORK PL
ATTN OFFICER
CHICAGO, IL 60673

# United States Bankruptcy Court
## Southern District of New York

In re  **Cera Tile Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cera Tile Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  8, 2026**

Date

**/s/ Michael D. Pinsky, Esq.**

**Michael D. Pinsky, Esq.**

Signature of Attorney or Litigant

Counsel for   **Cera Tile Inc.**

**Law Office of Michael D. Pinsky, P.C.**

**463 Canopy Forest Drive**
**Saint Augustine, FL 32092**
**845-245-6001 Fax:845-684-0547**
**michael.d.pinsky@gmail.com**