# United States Bankruptcy Court
## Southern District of New York

In re __Cera Tile Inc.__                                                    Case No. __26-35243__
Debtor(s)                                                                                    Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Cera Tile Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| March 9, 2026 | /s/ Michael D. Pinsky, Esq. |
| Date | Michael D. Pinsky, Esq. |
| | Signature of Attorney or Litigant |
| | Counsel for __Cera Tile Inc.__ |
| | Law Office of Michael D. Pinsky, P.C. |
| | 463 Canopy Forest Drive |
| | Saint Augustine, FL 32092 |
| | 845-245-6001 Fax:845-684-0547 |
| | michael.d.pinsky@gmail.com |